1 | **GREGORY P. WONG (SBN: 204502)**
2 | **JOHN F. LITWIN (SBN: 301611)**
  | **BARKHORDARIAN LAW FIRM, PLC**
3 | 6047 Bristol Parkway, Second Floor
  | Culver City, CA 90230
4 | Telephone: (323) 450-2777
  | Email: John@barklawfirm.com
5 | **Attorneys for Plaintiff**
  | **Raimundo Mendoza Cantarero on behalf of**
6 | **himself and all others similarly situated**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAIMUNDO MENDOZA CANTARERO, on behalf of himself and all others similarly situated, | CASE NO.: 2:23-cv-06604-SB-RAO |
| | *Assigned to Hon. Kenly Kiya Kato* |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION CLAIMS WITHOUT PREJUDICE AND DISMISS PLAINTIFF'S INVIDIVUAL CLAIMS WITH PREJUDICE; [*PROPOSED*] ORDER** |
| vs. | |
| WORLDWIDE FLIGHT SERVICES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Date: 1/4/24<br>Time: 9:30 a.m.<br>Ctrm: 3, 3rd Floor |
| | Complaint Filed: 07/10/2023<br>Complaint Removed: 08/11/2023 |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION CLAIMS WITHOUT PREJUDICE AND DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 4, 2024 at 9:30 a.m. or soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled court located on the 3rd floor at the George E. Brown, Jr. United States Courthouse located at 3470 12th Street, Riverside, CA 92501, Plaintiff, RAIMUNDO MENDOZA CANTARERO ("Plaintiff"), through his counsel of record, Barkhordarian Law Firm, PLC, will and hereby does move this Court for an order dismissing Plaintiff's Class Action Claims without Prejudice and dismissing Plaintiff's Individual Claims with Prejudice based upon a resolution of the matter.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings, and filings in this matter, and upon such other and further oral or documentary evidence as may be presented at the Court at or prior to the hearing on this motion.

DATED: December 22, 2023              BARKHORDARIAN LAW FIRM, PLC

                                      /s/ John F. Litwin
                                      _____
                                      Gregory P. Wong
                                      John F. Litwin
                                      Attorneys for Plaintiff
                                      Raimund Mendoza Cantarero

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## I.  INTRODUCTION

Plaintiff Raimundo Mendoza Cantarero ("Plaintiff") initially filed this action on July 10, 2023, in the Los Angeles County Superior Court, styled *Raimundo Mendoza Cantarero, on behalf of himself and all others similarly situated, Plaintiff v. Worldwide Flights Services, Inc., a Delaware Corporation; and DOES 1 through 100, inclusive, Defendants.* Plaintiff and Plaintiff's Counsel have investigated the matter and no longer believe this matter to present legally-viable class claims, and thus the continued prosecution of this matter on a class basis would not be an effective use of the time and resources of the parties and Court.

## II.  NO CLASS HAS BEEN CERTIFIED OR PROPOSED TO BE CERTIFIED FOR SETTLEMENT PURPOSE, VOLUNTARY DISMISSAL OF THE ACTION IS PROPER.

Plaintiff's counsel has investigated the matter, and believes the class claims here to have been based on a misreading of the statute.  no class has been certified or proposed to be certified for settlement purposes, and therefore the procedures of Federal Rule of Civil Procedure 23(e) do not apply.  the parties wish to fully resolve any potential individual claims Plaintiff may have against Defendant.

## III.  CONCLUSION

For the foregoing reasons above, Plaintiff respectfully moves the Court to Dismiss all of Plaintiff's Class Claims Without Prejudice and Dismiss Plaintiff's Individual Claims with Prejudice.

| | | |
|---|---|---|
| 1 | DATED: December 22, 2023 | BARKHORDARIAN LAW FIRM, PLC |
| 2 | | |
| 3 | | /s/ John F. Litwin |
| 4 | | _____ |
| 5 | | Gregory P. Wong<br>John F. Litwin |
| 6 | | Attorneys for Plaintiff<br>Raimund Mendoza Cantarero |

4

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION CLAIMS WITHOUT PREJUDICE AND DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE

PROOF OF SERVICE
(CCP §§ 1013(A) AND 2015.5)

United States District Court
Central District of California

Case No.: 2:23-cv-06604-SB-RAO

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 6047 Bristol Parkway, Culver City, CA 90230.

On December 22, 2023, I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION CLAIMS WITHOUT PREJUDICE AND DISMISS PLAINTIFF'S INVIDIVUAL CLAIMS WITH PREJUDICE; [PROPOSED] ORDER**

on the interested parties in this action by placing same in a sealed envelope, as follows:

FISHER & PHILLIPS LLP
James C. Fessenden, Esq.
Steven D. Eheart, Esq.
Melissa A. Huether, Esq.
4747 Executive Drive, Suite 1000
San Diego, California 92121
Email: jfessenden@fisherphillips.com; seheart@fisherphillips.com
mhuether@fisherphillips.com

☒ **(BY E-MAIL)** – Based on a Court order or an agreement by the parties to accept service by e-mail or electronic transmission, I caused the documents described above to be sent by e-mail to the persons at the e-mail addresses listed above. I did not receive, within a reasonable amount of time after transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to Defendant.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ *Alma Farias*
Alma Farias